An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GENENTECH, INC., A DELAWARE CORPORATION; AND F. HOFFMANN-LA ROCHE LTD., A SWISS CORPORATION,<br>Appellants,<br>vs.<br>PDL BIOPHARMA, INC., A DELAWARE CORPORATION,<br>Respondent. | No. 63111<br><br>**FILED**<br><br>JUN 1 1 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. David A. Hardy, District Judge
       Williams & Connolly LLP
       Lewis & Roca, LLP/Las Vegas
       Lionel Sawyer & Collins/Reno
       Irell & Manella, LLP
       Parsons Behle & Latimer/Reno
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17006